# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| TANNER SMITH, QIMIN WANG, and SABRINA PALMER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GRAND CANYON EDUCATION, INC.,<br><br>Defendant. | No. 2:24-cv-01410-SPL<br><br>**[PROPOSED] ORDER** |

In accordance with Rule 56 of the Federal Rule of Civil Procedure, the Court has considered Defendant Grand Canyon Education, Inc.'s Motion for Summary Judgment (Dkt. __), Memorandum of Points and Authorities (Dkt. __), Statement of Facts (Dkt. __), Declaration of Derin B. Dickerson with accompanying exhibits (Dkt. __), any response and reply, and all evidence and arguments presented by the parties. Good cause appearing:

**IT IS HEREBY ORDERED** that Defendant Grand Canyon Education, Inc.'s Motion for Summary Judgment is GRANTED.

**IT IS FURTHER ORDERED** that summary judgment is entered in favor of Defendant Grand Canyon Education, Inc. and against Plaintiffs Tanner Smith, Qimin Wang, and Sabrina Palmer on all remaining claims in the First Amended Complaint (Doc. 18).

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly and terminate this action.

Dated this ________ day of ____________________, 2026.

_________________________________
Honorable Steven P. Logan
United States District Judge